IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORRINE TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GOVERNMENT EMPLOYEES INSURANCE CO. | : | NO. 10-914 |
| | : | |

## ORDER

**AND NOW**, this 19th day of April, 2010, upon consideration of the "Motion of Defendants, Government Employees Insurance Co., Geico General Insurance Co., Geico Indemnity Co. and Geico Casualty Co., to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)" (Docket No. 4) and all concomitant briefing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion to Dismiss is **GRANTED** as to any claims for breach of fiduciary duty, and any such claims are **DISMISSED**.

2. The Motion to Dismiss is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.